IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
~~SOUTHERN~~ DIVISION
EASTERN

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                             ) | |
| Plaintiff,    ) | |
|                             ) | MISC. NO. _06mc3315_ |
| v.                          ) | |
|                             ) | |
| LUTHER WAYNE BLACKMON,       ) | |
|                             ) | |
| Defendant.    ) | |

ORDER FOR APPEARANCE OF JUDGMENT DEBTOR

Plaintiff, United States of America, having moved the Court for an Order requiring the Defendant, LUTHER WAYNE BLACKMON, to appear and testify at a Judgment Debtor Examination, and the Court being sufficiently advised,

It is ORDERED that the Motion for Order Requiring Examination of Judgment Debtor is GRANTED.

It is ORDERED that Defendant, LUTHER WAYNE BLACKMON, appear at  10:00 a.m. on the   22nd   day of June, 2006, Courtroom 5A, United States Federal Courthouse, One Church Street, Montgomery, Alabama 36104, to answer questions concerning Defendant's real and personal property.

It is further ORDERED that Defendant bring the following documents:

1.  Copies of personal and business income tax returns for the years 2003, 2004, and 2005.

2.    Copies of all personal and business bank statements for the years 2003, 2005, and 2005.

3.    Record of any safety deposit box in your name or that of your spouse.

4.    Copy of title or deed of personal residence if owned by you or any member of your family.    If not, a copy of proof of ownership by unrelated party.

5.    Copy of title or license of automobiles, airplanes, motorcycles and boats owned or driven by you or your spouse.

DEFENDANT, LUTHER WAYNE BLACKMON, IS HEREBY ADVISED THAT FAILURE TO APPEAR AT THE TIME AND LOCATION SET FORTH ABOVE MAY RESULT IN A BENCH WARRANT BEING ISSUED FOR DEFENDANT'S ARREST.  A COPY OF THIS ORDER, TOGETHER WITH COPIES OF PLAINTIFF'S MOTION AND AFFIDAVIT, SHALL BE SERVED UPON DEFENDANT FORTHWITH.

DATED this _____ day of _____, 2006.


_____
UNITED STATES MAGISTRATE JUDGE