# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

**PLAINTIFF:** UNITED STATES OF AMERICA
**COURT CASE NUMBER:** MISC. NO. 06mc3315
**DEFENDANT:** LUTHER WAYNE BLACKMON
**TYPE OF PROCESS:** Motion for Order, Affidavit & Order

**SERVE AT:**
- NAME: Luther Wayne Blackmon
- ADDRESS: 1445 Lee Road 40, Salem, Alabama 36874

**SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:**
U. S. Attorney's Office
ATTN: D. Aldridge
P.O. Box 197
Montgomery, AL 36101-0197

- Number of process to be served with this Form - 285: 3
- Number of parties to be served in this case: 1
- Check for service on U.S.A.:

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:**

SSN: 1119
DOB: 1966

**Signature of Attorney or other Originator requesting service on behalf of:** R. Randolph Neeley
☒ PLAINTIFF ☐ DEFENDANT
**TELEPHONE NUMBER:** 334-223-7280
**DATE:** 5/9/2006

---

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt... | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 2 | No. 2 | K. Chavers | 5/15/06 |

I hereby certify and return that I ☒ have personally served...

Name and title of individual served: RETURNED AND FILED MAY 1 2006 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.

**Date of Service:** 5/30/06  **Time:** 4:30 pm
**Signature of U.S. Marshal or Deputy:** C. J. Tatum

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45.00 | 25.81 | 0 | $70.81 | 0 | $70.81 | 0 |

**REMARKS:** 58 miles

PRIOR EDITIONS MAY BE USED — **1. CLERK OF THE COURT** — FORM USM-285 (Rev. 12/15/80)