AO 133 (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

**BILL OF COSTS**

UNITED STATES OF AMERICA,

v.    Case Number: 3:06MC3315

LUTHER WAYNE BLACKMON

Judgment having been entered in the above-entitled action on __12/03/2002__ against __Luther Wayne Blackmon__,
                                                                    Date
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ _____ |
| Fees for service of summons and subpoena | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | _____ |
| Fees and disbursements for printing | _____ |
| Fees for witnesses (itemize on reverse side) | _____ |
| Fees for exemplification and copies of papers necessarily obtained for use in this case | _____ |
| Docket fees under 28 U.S.C. 1923 | _____ |
| Costs as shown on Mandate of Court of Appeals | _____ |
| Compensation of court-appointed experts | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | _____ |
| Other costs (please itemize) .Motion, Affidavit & Order | 70.81 |
| Doc. No. 4 Acknowledgement of Service) | |
| TOTAL | $ 70.81 |

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Luther Wayne Blackmon,1445 Lee Road 40, Salem, AL 36874 .

Signature of Attorney : __/s/ R. Randolph Neeley__
Name of Attorney: R. Randolph Neeley, Assistant United States Attorney
For: _____The United States of America_____    __6/19/2006__ .
        Name of Claiming Party                Date

---

Costs are taxed in the amount of ___$70.81___ and included in the judgment.

_Debra P. Hackett_          By: _Debbie Yates_          _6-20-06_
Clerk of Court              Deputy Clerk               Date